IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARIN R. QUALKINBUSH,

        Plaintiff,                    No. CIV S-09-0508 GGH P

    vs.

JUDGE PINESCHI, et al.,

        Defendants.            <u>ORDER</u>

_____/

        By order filed March 5, 2009, the court granted plaintiff thirty days to file an amended complaint. Thirty days passed and plaintiff did not file an amended complaint. Accordingly, on April 29, 2009, the court recommended that this action be dismissed.

        On May 11, 2009, plaintiff filed objections to the findings and recommendations. Plaintiff states that he did not receive the March 5, 2009, order. While the March 5, 2009, order was served at plaintiff's address of record, the court will vacate the findings and recommendations and direct the Clerk to re-serve the order.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The April 29, 2009, findings and recommendations are vacated;

        2. The Clerk of the Court is directed to re-serve the March 5, 2009, orders (nos. 6 and 7) on plaintiff;

1

3. Plaintiff is granted thirty days from the date of this order to file an amended complaint in accordance with the March 5, 2009, order.

DATED: May 28, 2009

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

qua508.vac